STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JEROME CHAVIS, DEFENDANT-PETITIONER.

*Mr. Jerome Chavis in propria. persona.*

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

February 25, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. EVERETT LE ROI JONES, *ET AL.*, DEFENDANTS - RESPONDENTS.

See same case below: 104 *N. J. Super.* 57.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the petitioner.

*Mr. Raymond A. Brown* for the respondents.

February 25, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. PETER RIDDICK, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

February 25, 1969. Denied.